IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 10–cv–02011–WJM–KMT

THERESA CHRISTIE,

    Plaintiff,

v.

LOOMIS ARMORED US, INC.,

    Defendant.

---

**ORDER GRANTING THE PARTIES JOINT STIPULATION
FOR DISMISSAL WITH PREJUDICE**

---

    This matter is before the Court on the Parties' Joint Notice of Settlement and Stipulation for Dismissal with Prejudice, filed December 11, 2013 (ECF No. 123). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

    The Parties' Joint Stipulation is GRANTED. This matter is hereby DISMISSED WITH PREJUDICE. Each party shall pay her or its own attorney's fees and costs.

    It is FURTHER ORDERED that the Motion for Review of Costs Taxed [118] and the Motion to Stay Costs [119] are DENIED as MOOT.

    Dated this 11th day of December, 2013.

BY THE COURT:

_____
William J. Martínez
United States District Judge